August 26, 2011

Mr. Gregory S. Coleman
Yetter Coleman LLP
221 West 6th Street, Suite 750
Austin, TX 78701
Mr. Robert M. 'Randy' Roach Jr.
Roach & Newton, L.L.P.
Heritage Plaza
1111 Bagby Street, Suite 2650
Houston, TX 77002

RE: Case Number: 08-0833
 Court of Appeals Number: 14-07-00343-CV
 Trial Court Number: 2004-20712

Style: ANGLO-DUTCH PETROLEUM INTERNATIONAL, INC. AND ANGLO-DUTCH
 (TENGE) L.L.C.
 v.
 GREENBERG PEDEN, P.C. AND GERARD J. SWONKE

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Christopher A. |
| |Prine |
| |Ms. Theresa Chang |
| |Ms. Linda Eads |
| |Mr. Christopher S. |
| |Johns |